**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 13-3121-01-CR-S-MDH** |
| | ) | |
| **CARLIS A. SCOTT,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Defendant's Motion to Suppress Evidence (Doc. 60), the Government's Response in Opposition to Motion to Suppress the Evidence (Doc. 61), the Report and Recommendation of United States Magistrate Judge (Doc. 77), Defendant's Objections to the Magistrate's Report and Recommendation (Doc. 79), and the government's Suggestions in Opposition to Defendant's Objections. (Doc. 84). The Court has also reviewed the electronic transcript from the September 22, 2016 hearing and the October 3, 2016 hearing before the United States Magistrate Judge on the motion to suppress. (Docs. 71 and 74).

After a careful and independent review of the parties' submissions, the record before the Court, as well as the applicable law, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 77). Accordingly, the Court **DENIES** Defendant's Motion to Suppress (Doc. 60).

**IT IS SO ORDERED.**

DATED: May 2, 2017

　　　　　　　　　　　　　　　 _/s/ Douglas Harpool_____
　　　　　　　　　　　　　　　 **DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**