IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:13-CR-03121-01-MDH |
| CARLIS A. SCOTT, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion to Dismiss Indictment (Doc. 67), the Government's Response in Opposition to the Motion to Dismiss Indictment (Doc. 75), the Report and Recommendation of the United States Magistrate Judge (Doc. 89), Defendant's Objections to the Report and Recommendations of the United States Magistrate Court (Doc. 92), and the Government's Suggestions in Opposition to Defendant's Objections (Doc. 93). The Court also has reviewed the transcript from the March 31, 2017, hearing before the United States Magistrate Judge regarding the Motion to Dismiss Indictment. (Doc. 83).

After a careful and independent review of the parties' submissions, the Report and Recommendation, Defendant's objections to the same, and the Government's suggestions opposing Defendant's objections, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 89) in full. Accordingly, the Court **DENIES** Defendant's Motion to Dismiss Indictment. (Doc. 67).

IT IS SO ORDERED:
**Date: September 7, 2017**

                 */s/ Douglas Harpool*
                 **DOUGLAS HARPOOL**
                 **UNITED STATES DISTRICT JUDGE**